FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 07 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 25-2487 DHU |
| vs. | ) | Count 1: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury. |
| **KYLE KEE,** | ) | |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

Count 1

On or about May 6, 2025, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **KYLE KEE**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

RYAN E. ELLISON
United States Attorney

*Aaron Jordan (MJ)*
AARON O. JORDAN
Assistant U.S. Attorney